# DILKS & KNOPIK, LLC

"When Success Matters"

February 4, 2014

United State Bankruptcy Court
District of Delaware
Attn: Donna Seningen, Financial Administrator
824 Market St., 5th Floor
Marine Midland Plaza
Wilmington, DE 19801

RE: Application for the Release of Unclaimed Funds

Dear Ms. Seningen:

We previously applied to the US Bankruptcy Court, District of Delaware for the release of the unclaimed monies due and owing to Ryan Eaton for the amount of $1,119.50 on February 12, 2014 (Docket # 42). This is from the Bankruptcy of Northwest Acadamy, Inc. and Case No. 05-10848-MFW.

21 days have passed without objection to our Motion.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

35308 SE Center St
Snoqualmie, WA 98065

Phone  (425) 836-5728
Fax     (877) 209-8249
Email   admin@dilksknopik.com

www.dilksknopik.com