UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:   Northwest Academy, Inc.    )    Case No. 05-10848
                                    )
        Debtor(s)                   )
                                    )    Re: 48 & 53

ORDER FOR WITHDRAWAL OF
FUNDS PAID INTO COURT

Upon consideration of the motion filed by Leonard Deabenderfer, by its attorney-in-fact for withdrawal of funds paid into the Court under 11 U.S.C §347 and 28 U.S.C. §2042 , and it appearing that the movant is entitled to the sum of $1,089.87, it is, by the United States Bankruptcy Court for the District of Delaware,

ORDERED, that pursuant to 28 U.S.C. §2042 and 11 U.S. C. §347, the Bankruptcy Clerk, District of Delaware, shall pay this unclaimed money to the order of:

Leonard Deabenderfer
c/o Mr. Dale Kennedy
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK  73013

Dated: April 24, 2014

_____
United States Bankruptcy Judge

CC:  Ms. Jan Morrill, Financial Administrator, US Bankruptcy Court for the District of Delaware
Mr. Dale Kennedy, American Property Locators, Inc. Attorney-in-Fact for Leonard Deabenderfer
3855 South Boulevard, Suite 200, Edmond, OK  73013