# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
| --- | --- | --- |
| | § | CASE NO. 05-10848-MFW |
| Northwest Acadamy, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

### ORDER TO PAY UNCLAIMED FUNDS      Re: 50

It appearing that the check made payable to Meghan Lucas, in the amount of $691.32 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Meghan Anne Lucas C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $691.32, to:

Meghan Anne Lucas
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065.

Dated: 5/20/14

_____
United States Bankruptcy Judge